## 56037. Y. C. v. STATE OF GEORGIA.

BELL, Chief Judge.

The appellant was adjudicated delinquent by the commission of perjury in violation of Code § 26-2401. The only issue raised on appeal concerns the sufficiency of the evidence. We have examined the evidence and it authorized the juvenile court's finding that appellant committed perjury.

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

SUBMITTED MAY 23, 1978 — DECIDED JUNE 19, 1978.

*Wingate, Bartlett & Baynard, Harry L. Wingate, Jr.,* for appellant.

*William S. Lee, District Attorney, Richard Hodge, Assistant District Attorney,* for appellee.